UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DALLAS COUNTY HOSPITAL DISTRICT, d/b/a PARKLAND HEALTH & HOSPITAL SYSTEM, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-cv-04063-B |
| NEXTGEN HEALTHCARE INFORMATION SYSTEMS, LLC, | § § § § | |
| Defendant. | § § | |

**STIPULATION OF DISMISSAL**

The parties to this lawsuit file this Stipulation of Dismissal pursuant to Rule 41 of the FEDERAL RULES OF CIVIL PROCEDURE. Plaintiff filed this suit against Defendant. Defendant filed counterclaims against Plaintiff. The parties have reached a settlement, and the parties now move to dismiss all of their claims asserted against each other WITH PREJUDICE pursuant to their settlement agreement. Each party has agreed to pay its own litigation costs, including but not limited to attorneys' fees.

June 2, 2017.

By: */s/ Linda R. Stahl*
E. Leon Carter
Texas Bar No. 03914300
*lcarter@carterscholer.com*
Linda R. Stahl
Texas Bar No. 00798525
*lstahl@carterscholer.com*
**CARTER SCHOLER PLLC**
8150 N. Central Expressway
Suite 500
Dallas, Texas 75206
T: 214.550.8188 | F: 214.550.8185

**ATTORNEYS FOR PLAINTIFF**

and

                **COBB MARTINEZ WOODWARD PLLC**
                1700 Pacific Avenue, Suite 3100
                Dallas, Texas 75201
                (214) 220-5200 Telephone
                (214) 220-5299 Facsimile

By: */s/ Jeffrey I. Nicodemus*
    **JEFFREY I. NICODEMUS**
    Texas Bar. No. 24007748
    email: jnicodemus@cobbmartinez.com
    **MATTHEW E. LAST**
    Texas Bar No. 24054910
    email: mlast@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT
NEXTGEN HEALTHCARE
INFORMATION SYSTEMS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of June, 2017, a true and correct copy of the foregoing document was served on all counsel of record by either e-service, first class mail, certified mail, facsimile and/or email.

                */s/ Matthew E. Last*
                **MATTHEW E. LAST**